■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY E. THOMAS, Appellant. (Appeal No. 2.)—Judgment unanimously reversed, on the law and facts, motion to suppress granted, and matter remitted to Supreme Court, Erie County, for further proceedings on the indictment. Same memorandum as in *People v Thomas* (72 AD2d 910). (Appeal from judgment of Erie Supreme Court—attempted burglary, third degree.) Present—Dillon, P. J., Cardamone, Simons, Callahan and Witmer, JJ.